FRANK T. WALDRON, Respondent, v. J. H. TAYLOR CONSTRUCTION CO., INC., and Another, Appellants, and THE NEW SCHOOL FOR SOCIAL RESEARCH, INC., Defendant.— Action by plaintiff to recover for personal injuries caused by his

tripping over a plank negligently maintained on a sidewalk by the appealing defendants. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.